UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-131-KCD-DNF

ANGEL REY RIVERA

# PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for a Taurus, model PT738, .380 caliber pistol bearing serial number 64080B, and ammunition seized on or about April 10, 2026.

Being fully advised of the relevant facts, the Court finds that the firearm and ammunition identified above were involved in or used in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on August 4, 2026.

Kyle C. Dudek
United States District Judge