UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-131-KCD-DNF

ANGEL REY RIVERA

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for a final order of forfeiture for the ammunition seized on or about April 10, 2026, which was subject to an August 4, 2026, preliminary order of forfeiture (Doc. 50).

In accord with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from August 5, 2026, and ending on September 3, 2026, the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov. Doc. 51. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interests within 60 days of the first date of publication. No persons or entities filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in

the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 26th day of October, 2026.

Kyle C. Dudek
United States District Judge

Copies furnished to:
Blain A. Goff, AUSA
Counsel of Record